IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARK A. MOORE, *et al.* | |
| Plaintiff | |
| v. | Case No. 4:05CV00011 GH/JFF |
| SHERIFF RANDY JOHNSON, *et al.* | |
| Defendants | |

# ORDER

The Court has received a proposed Recommended Disposition from Magistrate Judge John F. Forster, Jr. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a de novo review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, Plaintiff Moore's Complaint (docket entry #2) is dismissed without prejudice due to his failure to exhaust his administrative remedies. Plaintiff Mason's Amended Complaint (docket entry #12) is dismissed with prejudice due to his failure to state a claim upon which relief can be granted, and the dismissal of Mason's Amended Complaint is deemed a strike for purposes of 28 U.S.C. Section 1915(g). All pending motions are DENIED as moot (docket entry #13, #18 and #19).

IT IS SO ORDERED this 28th of July, 2005.

_____
UNITED STATES DISTRICT JUDGE