IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARK A. MOORE, *et al.* | |
| Plaintiff | |
| v. | Case No. 4:05CV00011 GH/JFF |
| SHERIFF RANDY JOHNSON, *et al.* | |
| Defendants | |

## JUDGMENT

Pursuant to the Recommended Disposition filed in this matter which has been adopted by the District Court, it is Considered, Ordered and Adjudged that Plaintiff Moore's Complaint (docket entry #2) is dismissed without prejudice due to his failure to exhaust his administrative remedies. Plaintiff Mason's Amended Complaint (docket entry #12) is dismissed with prejudice due to his failure to state a claim upon which relief can be granted, and the dismissal of Mason's Amended Complaint is deemed a strike for purposes of 28 U.S.C. Section 1915(g). All pending motions are DENIED as moot (docket entry #13, #18 and #19).

IT IS SO ORDERED this 28th of July, 2005.

_____
UNITED STATES DISTRICT JUDGE